**SO ORDERED**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br><br>**Delores S. Thompson,**<br><br>**Debtor.** | Case No. 06-15561PM<br>Chapter 13 |
|---|---|

**ORDER GRANTING, IN PART,
MOTION TO RECONSIDER ORDER
ON TRUSTEE'S LIMITED OBJECTION TO ATTORNEY'S FEES**

Upon consideration of the Motion of R. Manny Montero, Scott R. Robinson and the Montero Law Group, LLC, to reconsider this court's Order entered October 25, 2007, there being no opposition thereto, and for the reasons set forth in the Memorandum of Decision filed this day, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Order entered October 25, 2007, is VACATED; and it is further

ORDERED that counsel is allowed fees of $2,750.00 as of confirmation of the Debtor's Plan, including any prior payment made by the Debtor; and it is further

ORDERED that $1,750.00 shall be turned over to counsel to be held in trust pending future applications for compensation and approval thereof.

cc:  Debtor
    Debtor's Counsel
    Chapter 13 Trustee
    United States Trustee

**End of Order**