

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| DELORES S. THOMPSON, : | Case No. 06-1-5561-PM |
| : | Chapter 13 |
| Debtor. : | |
| : | |

### ORDER APPROVING MODIFIED PLAN
### AFTER CONFIRMATION

Upon the motion of the Debtor(s) to modify the Chapter 13 plan of Debtor(s) after confirmation, after notice and a hearing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the motion to modify the Chapter 13 plan of Debtor(s) is GRANTED; and it is further

**ORDERED**, that the Debtor(s) is/are directed to pay to the Trustee the modified plan payment of $800.00 per month for months 1 through 18 and $450.00 per month for months 19

- 2 -

through 52, on or before the 12th day of each month, and that the new base funding of the plan is established as $29,700.00.

copies:  Debtor(s)
        Debtor(s)' Counsel
        Chapter 13 Trustee
        All creditors

**END OF ORDER**